# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 8, 2015

### NO. 03-14-00419-CV

**Marshall Jackson, Jr., Appellant**

**v.**

**Denny Morrison, Janice Robinson, Gateway Foundation, Inc., Jesus Sanchez, Robert Auert, Patrick Lowe, and Anita Bjornaas, Appellees**

---

**APPEAL FROM 22ND DISTRICT COURT OF HAYS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the judgment signed by the trial court on May 7, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.